IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              Case No. 6:19-cr-60010

DANIEL COGBURN                                                                        DEFENDANT

## ORDER

Before the Court is the government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure Rule 48(a).  (ECF No. 18).  Upon consideration, the Court finds that the instant motion (ECF No. 18) should be and hereby is **GRANTED**.  Accordingly, the Indictment filed against Defendant Daniel Cogburn in the above-styled case on March 14, 2020 is hereby dismissed.

**IT IS SO ORDERED**, this 4th day of June, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge